UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>vs.<br><br>ENRICO CIFELLI,<br>    a/k/a "Rick Cifelli" and<br>MICHELLE BOCCHIERI,<br>    a/k/a "Michelle Cifelli" | Criminal No. 22-172 (PGS)<br><br>ORDER FOR CONTINUANCE |

This matter having come before the Court on the joint application of the United States, by Philip R. Sellinger, United States Attorney for the District of New Jersey (Elisa T. Wiygul, Assistant U.S. Attorney, appearing), and defendant Enrico Cifelli (Michael D'Alessio, Jr., Esq., appearing), for an order granting a continuance of proceedings in the above-captioned matter; and the defendant being aware that he has the right to have this matter brought to trial within 70 days of the filing date (and making public) of the indictment, or from the date of his appearance before a judicial officer of this court, whichever date last occurs, pursuant to 18 U.S.C. § 3161(c)(1); and no prior continuances having been entered; the defendant, through his attorney, having consented to such continuance and having waived such right; and for good cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

1

1.   This case is an unusual or complex case within the meaning of the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(B)(ii), in light of the nature of the prosecution, such that it is unreasonable to expect adequate preparation for pretrial proceedings or for the trial itself within 70 days.

2.   The discovery in the case is expected to be voluminous, consisting of, among other things, subpoena returns, tax returns, and IRS collections records, and additional time is necessary to ensure that, taking into account the exercise of diligence, defense counsel have sufficient time to review and inspect discovery and further investigate the charges in this matter.

3.   As a result of the foregoing, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (h)(7)(B)(ii) and (iv), the ends of justice served by the granting of this continuance outweigh the best interests of the public and the defendant in a speedy trial.

IT IS, therefore, on this __9__ day of March, 2022,

(1)   ORDERED that this action be, and hereby is, continued until May 31, 2022; and it is further

(2)   ORDERED that the period from the date of this order through May 31, 2022 be and it hereby is excluded in computing time under the Speedy Trial Act of 1974, 18 U.S.C. § 3161 *et seq.*

_____
Honorable Peter G. Sheridan
United States District Judge


Consented to as to form and entry:

_____
ELISA T. WIYGUL
Assistant U.S. Attorney


/s/ Michael D'Alessio, Jr.
MICHAEL D'ALESSIO, JR., ESQ.
Counsel for defendant Enrico Cifelli