

U.S. Department of Justice

*United States Attorney*
*District of New Jersey*

---

*CAMDEN FEDERAL BUILDING & U.S. COURTHOUSE*  (856) 757-5026
*401 Market Street, 4th Floor*
*Post Office Box 2098*
*Camden, NJ  08101*

November 10, 2025

The Honorable Matthew W. Brann
United States District Judge
U.S. District Court
Middle District of Pennsylvania
U.S. Courthouse and Federal Office Building
240 West Third Street, Suite 218
Williamsport, PA 17701

      Re:    *United States v. Enrico Cifelli & Michelle Bocchieri,*
              Crim. No. 22-172 (MWB) (D.N.J.)

Dear Judge Brann:

      On October 14, 2025, the Hon. Michael A. Shipp, U.S.D.J., transferred this case to Your Honor to address the defendants' motions to disqualify Acting U.S. Attorney and Special Attorney Alina Habba and any attorney under her supervision from prosecuting this case. Dkt. Nos. 60-61, 65. On October 20, 2025, Your Honor ordered that:

> If the issues underlying the pending motion are not resolved through the appellate proceedings by November 10, 2025, the parties shall submit a joint status report by 5:00 p.m. on that date taking positions on whether to continue the trial and the motion in limine deadline[.]

Dkt. No. 66 ¶ 3.

      As of this writing, the Third Circuit panel has not issued a decision on the authority issue. There is also a fair chance that that decision, whatever it is, may be further appealed. At this time, it cannot be predicted when such a final appellate decision will occur, but with the trial scheduled for two months hence on January 12, 2026, and the motions in limine deadline in two weeks, the parties respectfully submit that the trial and the motions in limine deadline in this matter should be adjourned.

      Additionally, several case-specific reasons weigh in favor of this conclusion, including that Judge Shipp has scheduled another trial—of a defendant who, unlike the defendants here, has chosen to exercise his right to a speedy trial—for

January 12, 2026. *See United States v. Jeffrey Spotts*, Crim. No. 25-519 (MAS) (D.N.J.), Dkt. Nos. 17-19. Accordingly, the trial judge in this matter no longer appears available to try this matter on that date. However, getting a new scheduling order in place while the authority issue awaits resolution would aid in the efficient and not unduly delayed resolution of this matter.

Moreover, the scheduling order in this case required that "The Government shall provide its pre-marked exhibits for its case-in-chief on or before October 17, 2025." Dkt. 55, ¶5. To date, the Government has not produced any pre-marked exhibits, but, rather, produced an exhibit list on November 5, 2025.

Accordingly, the parties respectfully request that this Court issue an order adjourning the future deadlines in the Scheduling Order. Additionally, the Government respectfully requests that this Court consider transferring this matter back to Judge Shipp to implement a new scheduling order with a new target trial date, as well as to resolve other pending issues in this case that do not require reaching the authority issue. *See, e.g.*, Dkt. Nos. 59, 64. The defendants disagree with the Government's proposal to transfer the matter back to Judge Shipp and submit that the matter should not be transferred until the authority issue has been resolved.

Thank you very much for considering this matter.

                                                Respectfully submitted,

                                                TODD BLANCHE
                                                United States Deputy Attorney General

                                                ALINA HABBA
                                                Acting United States Attorney
                                                Special Attorney

                                 By: /s/ Matthew J. Belgiovine
                                                ELISA T. WIYGUL
                                                MATTHEW BELGIOVINE
                                                Assistant United States Attorneys

cc:    All defense counsel (via ECF and e-mail)